JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PETER ARCHER,<br>  Plaintiff,<br><br>      v.<br><br>DONALD PIXLEY, et al.,<br>  Defendants. | CV 23-6251 DSF (JDE)<br><br>JUDGMENT |

   Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

   IT IS ADJUDGED that this action is DISMISSED with prejudice.

   IT IS SO ORDERED.

Date: April 1, 2024

_____
Dale S. Fischer
United States District Judge